

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00158-CV

| | | |
|---|---|---|
| Ex parte K.K. | § | From the 367th District Court |
| | § | of Denton County (16-07572-367) |
| | § | March 15, 2018 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment denying Appellee K.K.'s petition for expunction.

It is further ordered that K.K. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Sue Walker_____
    Justice Sue Walker